**PAULETTE L. STEWART**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone: (406) 457-5120**
**FAX: (406) 457-5130**
**Email: paulette.stewart@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

JUN 0 3 2026

Clerk, U.S. District Court
District of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUDSON LEE BROWN,**<br><br>**Defendant.** | **CR 26-05-H-BMM**<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION**<br>**Title 18 U.S.C. § 922(g)(1)**<br>**(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>**18 U.S.C. § 924(d)** |

THE GRAND JURY CHARGES:

That on or about March 4, 2026, in Helena and within Lewis and Clark County, in the State and District of Montana, the defendant, JUDSON LEE BROWN, knowing he had been convicted of a crime punishable by imprisonment

1

for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JUDSON LEE BROWN, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

MARK STEGER SMITH
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2